# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-06-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| CATHERINE MORSETTE, | |
| Defendant. | |

Defendant Catherine Morsette, having filed an Unopposed Motion for Clarification regarding Pretrial Release Conditions, there being no objection from the Government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Morsette's motion is GRANTED.  Ms. Morsette is hereby allowed to communicate with her husband and co-defendant, Isaiah Morsette, via telephone on Thursday, September 16, 2021, at 2:30 p.m. from the Federal Defenders of Montana office in Helena, Montana, for one hour regarding the progression of her case, her plea agreement, and the impact her plea agreement will have on their family unit.

DATED this 14th day of September, 2021.

_____
John Johnston
United States Magistrate Judge